UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE,<br><br>    Plaintiff,<br><br>    v.<br><br>REPUBLIC SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 14-cv-03878-LB<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO PROSECUTE** |

Plaintiff filed a complaint against Defendants on August 26, 2015. (Complaint – ECF No. 1.) Under Rule 4(m) of the Federal Rules of Civil Procedure, a plaintiff normally has 120 days to serve the complaint and summons on a defendant. Fed. R. Civ. P. 4(m). This means that in this case Plaintiff had until December 24, 2014 to serve the defendants. *See* Fed. R. Civ. P. 4(m), 6(a)(1)(C). To date, Plaintiff has filed no proof that Defendants have been served. (*See generally* ECF Nos. 1-6.)

The court accordingly orders Plaintiffs to serve Defendants by January 30, 2015, and to file proof of service by February 2, 2015 (or show good cause by that date for the failure to serve). Failure to do either of these will result in dismissal of this case without prejudice under Rule 4(m) for failure to prosecute.

To keep this case on track, the court sets a further case-management conference for February 12, 2015. An updated case-management statement must be filed by February 5, 2015.

ORDER – 14-3878 LB

1 **IT IS SO ORDERED**.

2 Dated: January 9, 2015

3 _____
Laurel Beeler
4 United States Magistrate Judge