Michael R. Lozeau (State Bar No. 142893)
Douglas J. Chermak (State Bar No. 233382)
LOZEAU DRURY LLP
410 12th Street, Suite 250
Oakland, CA 94607
Tel: (510) 836-4200
Fax: (510) 836-4203 (fax)
E-mail: michael@lozeaudrury.com
          doug@lozeaudrury.com

Attorneys for Plaintiff
CALIFORNIA SPORTFISHING
PROTECTION ALLIANCE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>REPUBLIC SERVICES, INC., a corporation; ALLIED WASTE SYSTEMS, INC., a corporation,<br><br>Defendants. | Case No. 3:14-cv-03878-LB<br><br>**STIPULATION TO DISMISS PLAINTIFF'S CLAIMS; [PROPOSED] ORDER GRANTING DISMISSAL**<br><br>**[FRCP 41(a)(2)]** |

WHEREAS, on June 18, 2014, Plaintiff California Sportfishing Protection Alliance ("CSPA") provided Defendants Republic Service, Inc. and Allied Waste System, Inc. (collectively "Republic Services") with a Notice of Violations and Intent to File Suit ("Notice") under Clean Water Act § 505, 33 U.S.C. § 1365.

WHEREAS, on August 25, 2014, CSPA filed its Complaint against Republic Services in this Court, *California Sportfishing Protection Alliance v. Republic Services, Inc., et al.,* Case No. 3:14-cv-03878-LB. Said Complaint incorporates by reference all of the allegations contained in CSPA's Notice.

WHEREAS, CSPA and Republic Services, through their authorized representatives and without either adjudication of CSPA's claims or admission by Republic Services of any alleged

violation or other wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further litigation. A copy of the Settlement Agreement and Mutual Release of Claims ("Settlement Agreement") entered into by and between CSPA and Republic Services is attached hereto as Exhibit 1 and incorporated by reference.

WHEREAS, the parties submitted the Settlement Agreement via certified mail, return receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review period set forth at 40 C.F.R. § 135.5 has completed and the federal agencies have submitted correspondence to the Court indicating that they have no objection to the terms of the Settlement Agreement.

NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed. The parties respectfully request an order from this Court dismissing such claims. In accordance with Paragraphs 2 and 25 of the Settlement Agreement, the parties also request that this Court maintain jurisdiction over the parties through December 15, 2018, for the sole purpose of resolving any disputes between the parties with respect to enforcement of any provision of the Settlement Agreement, or through the conclusion of any proceeding to enforce the Settlement.

Dated: November 30, 2015          Respectfully submitted,

LOZEAU DRURY LLP

By:   /s/ *Douglas J. Chermak*_____
      Douglas J. Chermak
      Attorneys for Plaintiff
      CALIFORNIA SPORTFISHING PROTECTION
      ALLIANCE


LAW OFFICES OF THOMAS M. BRUEN

By:   *Thomas M. Bruen* (as authorized on 11/30/15)___
      Thomas M. Bruen
      Attorneys for Defendants
      REPUBLIC SERVICES, INC., and
      ALLIED WASTE SYSTEMS, INC.

## ORDER

Good cause appearing, and the parties having stipulated and agreed,

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's claims against Defendant Republic Services, Inc., and Allied Waste Systems, Inc., as set forth in the Notice and Complaint filed in Case No. 3:14-cv-03878-LB, are hereby dismissed consistent with the terms of the Settlement Agreement that is attached hereto as Exhibit 1.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over the parties through December 15, 2018, for the sole purpose of resolving any disputes between the parties with respect to any provision of the Settlement Agreement, or through the conclusion of any proceeding to enforce the Settlement Agreement.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 30, 2015

_____
LAUREL BEELER
United States Magistrate Judge